1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   ANDREW M. SCOBLE (CABN 124940)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Natalie.Lee2@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0335 SI |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING MATTER AND EXCLUDING |
| v. ) | TIME UNDER 18 U.S.C. §3161 |
| ) | |
| CARLOS VASQUEZ, ) | Date: December 11, 2013 |
| Defendant. ) | Time: 11:00 a.m. |
| ) | |

On November 8, 2013, the parties made a status appearance before the Court during which time the parties requested, and the Court ordered, a continuance until December 11, 2013 for either a change of plea hearing or to set motions and/or trial. The continuance was requested so that the defendant could continue to review the discovery that had been produced by the United States and effectively prepare for trial.

The parties also requested, and the Court ordered, that the time between November 8, 2013 and December 11, 2013, would be excluded from the running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests

STIP TO CONTINUE AND WAIVE TIME
CR 13-0335 SI                    1

of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: November 8, 2013          /S/
                NATALIE LEE
                Assistant United States Attorney

DATED: November 8, 2013          /S/
                CANDIS MITCHELL
                Attorney for Carlos Vasquez

    For the reasons stated above, this matter is continued until December 11, 2013 for either a change of plea hearing or to set motions and/or trial. The Court finds that the exclusion of time from November 8, 2013 through December 11, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATE: 11/8/13

                HONORABLE SUSAN ILLSTON
                United States District Judge